In the Matter of the Application of HORACE TRACY ATKINS for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of RALPH H. KIMBALL for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of ISRAEL EDWARD ROBEY for Admission to the Bar. (From the State of Connecticut.) — Application granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

AMELIA G. BROWN, Respondent, v. WALLACE G. BROWN, Appellant.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOSEPH F. BROWN, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

EDWIN CHICHESTER, Respondent, v. WILLIAM C. EGAR and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

DAVID CORNMAN, Respondent, v. FRANK H. LESTER and Another, Defendants, Impleaded with JOHN JOVEN and Another, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the April term, for which term the case is set down, and be ready for argument when reached; otherwise. motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOHN S. GAYNOR, Respondent, v. MICHAEL J. GAYNOR and Another, etc., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

GEORGE GRAVENHORST and Another, Copartners, etc., Appellants, v. JOSEPH B. TURNER and Others, Respondents.— Motion for reargument denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CHARLES HAERLE, Respondent, v. FLORENT V. HAERLE, Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.